**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Wm R. Wilson, Jr.** |
| counsel: Edward Walker | Court Reporter: K. Baker |
| counsel: | Courtroom Deputy: M. Johnson |
| | Interpreter: |
| vs | USPO: K. Calhoun |
| | |
| **KIWANTE COLLINS** | Date:    October 03, 2008 |
| counsel: Lisa Peters | |
| | **CASE NO. 4:07CR00055-01-WRW** |

**SENTENCING MINUTES**

**Begin: 2:21 p.m.**                                                                                        **End:   3:21 p.m.**

Court finds ( X ) grounds - ( X )  5k1.1  ( X ) other  (   ) no grounds:  for departure
**71 MONTHS BOP; residential substance abuse; mental health counseling; education/vocational programs**

 Supervised Release: 5 YEARS                                                                             Probation:

**SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:**
( X ) Defendant shall participate, if deemed necessary by the probation officers, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment and shall abstain from the use of alcohol throughout the course of any treatment.  Alcohol abuse
(    ) Defendant shall participate in the Home Detention program for a period of __ months.  During this time, defendant will be allowed to leave his residence under conditions set by the U.S. Probation Office.  Defendant will be subject to the standard conditions of Home Detention adopted for use in the Eastern District of Arkansas which ( )does ( )does not include the requirement to wear an electronic monitoring devise and to follow EM procedures specified by the Probation Officer.  Costs for EM will be paid by (   ) defendant (   ) U.S. Probation Office.
(    ) Defendant shall participate as directed in mental health treatment as directed by USPO.
( X) Mandatory drug testing shall apply.
( X ) Supervised release is to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.
(    ) Drug testing suspended
( X ) The defendant shall cooperate in the collection of DNA as directed by the probation officer
( X  ) Defendant to report to BOP by 2:00 p.m., Monday, December 8, 2008.
( X ) Appeal Rights

PSR adopted; 3rd point for acceptance GRANTED; safety valve argued and denied; motion to withdraw plea denied; Gov't motion GRANTED; BOP close to Little Rock area.

Fine:     _____N/A_____     To be paid: _____
Restitution: _____N/A_____     To be paid: _____
Special Assessment:___$100.00_____      To be paid: _____